UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY JEROME WILLIAMS,

    Plaintiff,

v.                                   Case No.  3:17cv21/LC/CJK

GEO GROUP, INC., et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 21, 2017 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

After considering the Report and Recommendation , the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.  This action is DISMISSED WITHOUT PREJUDICE as malicious pursuant

to 28 U.S.C. § 1915(e)(2)(B)(i), for plaintiff's abuse of the judicial process.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of April, 2017.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**